UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:18-CV-94-TBR

WILLIAM DALZIEL                                                                                    PLAINTIFF

V.

CSX TRANSPORTATION                                                                        DEFENDANT

*ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

All deadlines, the telephonic conference set on June 25, 2021, the final pretrial conference set on October 8, 2021, and the jury trial set on October 25, 2021 are vacated/cancelled.

cc: Counsel

**Thomas B. Russell, Senior Judge**
**United States District Court**

March 11, 2021